IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2013

JULIA C. DUDLEY, CLERK
BY: /s/
       DEPUTY CLERK

| | |
|---|---|
| JAVISH C. BRAMBLE, ) | Civil Action No. 7:12-cv-00607 |
| Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:   Michael F. Urbanski |
| ROCKINGHAM-HARRISONBURG ) | United States District Judge |
| REGIONAL JAIL, ) | |
| Defendant(s). ) | |

JAVISH C. BRAMBLE, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered December 18, 2012, the court directed plaintiff to submit within ten days from the date of the Order an inmate account report, and a certified copy of the plaintiff's trust fund account for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __14__ day of January, 2013.

/s/ Michael F. Urbanski
United States District Judge