IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JAVISH C. BRAMBLE, )<br>Plaintiff, ) | Civil Action No. 7:12-cv-00607 |
| v. ) | **DISMISSAL ORDER** |
| ROCKINGHAM-HARRISONBURG )<br>REGIONAL JAIL, )<br>Defendant(s). ) | By:  Michael F. Urbanski<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __14__ day of January, 2013.

/s/ Michael F. Urbanski
United States District Judge