CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAVISH C. BRAMBLE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROCKINGHAM-HARRISONBURG )<br>REGIONAL JAIL, )<br>    Defendant(s). ) | Civil Action No. 7:12-cv-00607<br><br>**DISMISSAL ORDER**<br><br>By:   Michael F. Urbanski<br>        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 11th day of January, 2013.

/s/ Michael F. Urbanski
United States District Judge